| | |
|---|---|
| 1  GATTUSO & KUMMER<br>   Dixon G. Kummer, State Bar No. 125960<br>2  Post Office Box 2750<br>   Bakersfield CA 93303<br>3<br>   Street: 1200 Truxtun Avenue, Suite 140<br>4  Bakersfield CA 93301<br>5  Telephone (661) 324-2700<br>   Facsimile (661) 324-2790<br>6<br>   Attorneys for Gerald E. Schaefer and Deena L.<br>7  Schaefer | FILED<br><br>2005 MAY 16  P 4: 29<br><br>CLERK, US DIST. COURT<br>EASTERN DIST. OF CALIF<br>AT FRESNO<br>BY_____<br>        DEPUTY |

8  **IN THE UNITED STATES DISTRICT COURT**

9  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  THE CHASE MANHATTAN BANK, N.A., | Case No.: MISC-CIV-F-89-185-REC |
| 12              Plaintiff, | **STIPULATION RE HEARING DATE OF MOTION FOR SALE OF REAL PROPERTY "DWELLING;" ORDER** |
| 13  vs. | |
| 14  R.E. FRASCH, et al., | Date : ~~May 16, 2005~~ June 27, 2005<br>Time : 1:30 p.m.<br>Dept. : 8 1<br>Judge : Hon. Robert E. Coyle |
| 15              Defendants. | |
| 16  ────────────────── | |
| 17  AND RELATED CROSS ACTIONS | |

18                          **STIPULATION**

19       **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto,

20  through their respective counsel, as follows:

21       1.      The Hearing Date of the Motion, of Robert Wiley Loveless, for an Order for Sale of

22  Real Property, "Dwelling," presently set for May 16, 2005, shall be, and by the order following is,

23  **continued to June 27, 2005, at 1:30 p.m., in Department 7, of the above-entitled court, before**

24  **the Honorable Robert E. Coyle.**

25       2.      All statutory dates pertaining to the filing of pleadings, memorandum of points and

26  authorities, shall be extended to reflect the new hearing date.

27  ///

28

---

STIPULATION AND ORDER RE HEARING
DATE OF MOTION FOR SALE                    1

20050700.wpd

3. This Stipulation is entered into to allow attorneys for Gerald E. Schaefer and Deena L. Schaefer time to review the motion, pleadings, etc., and to prepare sufficient and appropriate responsive pleadings, etc.

Respectfully submitted,

DATE: May 5, 2005

LAW OFFICES OF RAY T. MULLEN

By: _____
Ray T. Mullen, Esq., Attorneys for Robert Wiley Loveless

DATE: May 5, 2005

GATTUSO & KUMMER

By: _____
Dixon G. Kummer, Attorneys for Gerald E. Schaefer and Deena L. Schaefer

## ORDER

Good and just cause existing, the Court makes the following Order,

**IT IS HEREBY ORDERED ADJUDGED AND DECREED**, that the Hearing Date of the Motion, of Robert Wiley Loveless, for an Order for Sale of Real Property, "Dwelling," presently set for May 16, 2005, shall be, and by the order following is, **continued to June 27, 2005, at 1:30 p.m., in Department 3, of the above-entitled court, before the Honorable Robert E. Coyle.** All statutory dates pertaining to the filing of pleadings, memorandum of points and authorities, shall be extended to reflect the new hearing date.

DATED: May _16_, 2004

_____
District Court Judge, Eastern District

STIPULATION AND ORDER RE HEARING
DATE OF MOTION FOR SALE                    2

20050700.wpd