IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHASE MANHATTAN BANK,            )<br>                                      )<br>                                      )<br>                   Plaintiff,        )<br>                                      )<br>          vs.                        )<br>                                      )<br>                                      )<br>R.E. FRASCH,                          )<br>                                      )<br>                                      )<br>                   Defendant.        )<br>_____) | No. Misc. CV-F-89-185 REC<br><br>ORDER DIRECTING ROBERT WILEY<br>LOVELESS TO FILE COPY OF<br>DOCUMENTS WITH COURT |

Robert Wiley Loveless is hereby ordered to file with the court copies of the following documents:

    1.  Notice of Pendency of Action recorded on June 8, 1999 as Instrument No. 0199081437 in the Kern County Records;

    2.  Loveless's motion to reinstate appeal filed in the Ninth Circuit appeal No. 00-15770 on April 24, 2001;

    3.  Loveless and Frasch stipulation to dismiss Ninth Circuit appeal No. 00-15770 filed in the Ninth Circuit on April 24, 2001.

Loveless shall comply with this order within 15 days of the

date of electronic service of this order.  All further proceedings shall be by order of the court.

    IT IS SO ORDERED.

**Dated:  July 14, 2005**          **/s/ Robert E. Coyle**
668554                        UNITED STATES DISTRICT JUDGE